IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED

MAY 18 2017

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No.   1:17CR00050RLW/ACL |
| DANIEL RAY WITHERS, ) | Title 21, U.S.C. § 841(a)(1) |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about January 27, 2017, in Cape Girardeau County, Missouri, in the Eastern District of Missouri, **Daniel Ray Withers**, the defendant herein, knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL

_____
Foreperson

CARRIE COSTANTIN
Acting United States Attorney


_____
Tim J. Willis, # 62428MO
Special Assistant United States Attorney