UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| In re:   STAR Court | ) |
| | ) |
| | )   **No. 1:22 MC 1005 ACL** |
| Participant: | )   (Case No. 1:17 CR 50 JAR) |
| | ) |
| DANIEL WITHERS. | ) |

## STAR COURT ORDER

Participant DANIEL WITHERS began STAR Court on December 15, 2022. On February 9, 2022, the Honorable John A. Ross, United States District Judge, ordered that WITHERS' supervised release be revoked and that WITHERS serve a term of 10 months imprisonment followed by a 120-day placement at a Residential Reentry Center (RRC) along with an additional three-year term of supervised release. WITHERS was transferred to CYDKAM to begin his 120-day RRC placement on November 9, 2022.

The STAR Court Team has observed that WITHERS has secured an adequate and approved home plan. WITHERS has also maintained full-time employment and communicated with his Probation Officer, RRC staff, and the STAR Court Team in a positive and productive manner. Based on these factors, on January 19, 2023, the STAR Court Team concluded that if WITHERS maintains his progress, it would be appropriate for him to receive an early release from the RRC at the end of January.

Probation Officer Walt Dansby and CYDKAM Manager Shane Dunlap (who are also members of the STAR Court Team) discussed WITHERS' continued good behavior on January 31, 2023, and advised the undersigned of their recommendation for WITHERS to receive an early discharge from the RRC at noon today.

Accordingly,

**IT IS HEREBY ORDERED** that DANIEL WITHERS be discharged from the RRC on January 31, 2023 at 12:00 p.m.

/s/ *Abbie Crites-Leoni*
**UNITED STATES MAGISTRATE JUDGE**

**Signed on January 31, 2023.**