UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| In re:   STAR Court | ) |
| | ) |
| | )   **No. 1:22 MC 1005 ACL** |
| Participant: | )   (Case No. 1:17 CR 50 JAR) |
| | ) |
| DANIEL WITHERS. | ) |

## STAR COURT TERMINATION ORDER

Upon consideration of DANIEL WITHERS' appearance and oral request to withdraw from STAR Court on February 1, 2024, the STAR Court Team determined that WITHERS must be terminated from the program.

Accordingly,

**IT IS HEREBY ORDERED** that participant DANIEL WITHERS is **terminated** from STAR Court.

The Clerk of Court is directed to file a duplicate copy of this Order in **Case No. 1:17 CR 50 JAR.**

/s/ *Abbie Crites-Leoni*
**UNITED STATES MAGISTRATE JUDGE**

**Signed on February 1, 2024.**